**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

JUL 2 1 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15CR86 RLW |
| | ) | |
| JUSTIN MILLER | ) | |
| SSN xxx-xx-1151 | ) | |
| 302 CENTRAL | ) | |
| HORNERSVILLE, MO 63855, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROUSE FARMS | ) | |
| 14238 COUNTY ROAD 620 | ) | |
| HORNERSVILLE, MO 63855 | ) | |
| **ATTN: PAYROLL/GARNISHMENTS,** | ) | |
| | ) | |
| Garnishee. | ) | |

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.   Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about July 19, 2016, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $561.27, weekly.

On June 14, 2016, the defendant was notified of his right to a hearing to determine exempt property.   Defendant has not requested a hearing.

.   IT IS ORDERED, ADJUDGED AND DECREED that Garnishee shall make payable to the Clerk, U.S. District Court the sum of twenty-five percent (25%) of defendant's non-exempt

net disposable wages to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.   A check shall be issued to the Clerk, U.S. District Court, 111 South 10th Street, Room 3.300, St. Louis, MO 63102, within ten (10) days of the order of this Court.

    IT IS FURTHER ORDERED that Garnishee is to serve notice on the U.S. Attorney's Office, 111 South 10th Street, 20th Floor, St. Louis, MO 63102, if the payments pursuant to this Order stop prior to the full satisfaction of the debt to the plaintiff.

Dated: 7-21-16

GREGORY J. LINHARES
Clerk, U. S. District Court

By: Jessica Carter
Deputy Clerk